District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA PABLO CALMO,<br><br>      Plaintiff,<br><br>  v.<br><br>KIKA SCOTT, *et al.*,<br><br>      Defendants. | Case No. 3:25-cv-05359-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>June 12, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until November 26, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on July 1, 2025. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05359-GJL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 control the disposition of the causes on its docket with economy of time and effort for itself, for
2 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3 P. 1.

4     With additional time, this case may be resolved without the need of further judicial
5 intervention. USCIS has scheduled Plaintiff's asylum interview for July 29, 2025. USCIS
6 agrees to diligently work towards completing the adjudication within 120 days of the interview,
7 absent unforeseen or exceptional circumstances that would require additional time for
8 adjudication. If the adjudication is not completed within that time, USCIS will provide a status
9 report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to
10 USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit
11 documents prior to the interview may require the interview to be rescheduled and the
12 adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the
13 interview will need to be rescheduled and the adjudication delayed. If USCIS needs to
14 reschedule Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the
15 canceled appointment. After the interview, USCIS will need time to adjudicate Plaintiff's
16 asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each
17 party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this
18 abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process her asylum
19 application.

20     As additional time is necessary for this to occur, the parties request that the Court hold the
21 case in abeyance until November 26, 2025. The parties will submit a joint status report on or
22 before November 26, 2025.

23 //

24 //

STIPULATED MOTION FOR ABEYANCE      UNITED STATES ATTORNEY
[Case No. 3:25-cv-05359-GJL] - 2      1201 PACIFIC AVE., STE. 700
     TACOMA, WA 98402
     (253) 428-3800

DATED this 12th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax:    253-428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 420 words, in compliance with the Local Civil Rules.

*s/ Jessica T. Arena*
JESSICA T. ARENA, PHV
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, California 94115
Phone: 541-525-3341
Email:  jessca@jtarenalaw.com

*s/ Adam Boyd*
ADAM BOYD, WSBA# 49849
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email:  adam.boyd@ghp-law.net
*Attorneys for Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05359-GJL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until November 26, 2025.  The parties shall submit a joint status report on or before November 26, 2025.  It is so **ORDERED**.

DATED this 23rd day of June, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:25-cv-05359-GJL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800